FRANK DAVIN and Others, as Executors, etc., Respondents, v. ETHEL ISMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.; Laughlin and Merrell, JJ., dissented.

ALICE P. McKINNON, as Administratrix, etc., Appellant, v. ARTHUR C. FRIEDRICHS and Another, Individually and as Executors, etc., Respondents. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

WILLIAM F. ALLEN, as Receiver of the SEABOARD PORTLAND CEMENT COMPANY, Respondent, v. PETER T. WATT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

In the Matter of the Transfer Tax upon the Estate of CAROLYN F. MORGAN, Deceased. WILLIAM FELLOWES MORGAN and Others, as Executors, etc., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

STANDARD MARINE INSURANCE Co., LTD., Respondent, v. WAYNE COUNTY DRIERS AND PACKERS FRUIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

GUSSIE SLOMAN, as Administratrix, etc., Appellant, v. ISRAEL FINKEL-STEIN, Doing Business under the Firm Name and Style of FINKELSTEIN SKIRT COMPANY, Respondent. (Action No. 2.) — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

EAST RIVER NATIONAL BANK, Appellant, v. COLUMBIA TRUST COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT W. CUMMINGS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, etc., Respondent, v. UNITED STATES STEEL CORPORATION, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith and Merrell, JJ.

LORD & TAYLOR, INC., and Another, Appellants, v. THE YALE & TOWNE MANUFACTURING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith and Merrell, JJ.; Smith, J., dissented.

JOHN W. HOOLEY, Respondent, v. WATSON-FLAGG ENGINEERING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

DAVID I. HOAG, Appellant, v. NEW YORK HERALD COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.